UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT

| | |
|---|---|
| IN RE<br><br>ODEANA L. KRAMER<br>JERRY L. KRAMER, II<br><br>    Debtor(s) | Chapter 13<br>Case NO. 23-13130-LSS |
| ANDREWS FEDERAL CREDIT UNION<br>1 Corporate Dr., Ste. 360<br>Lake Zurich, IL 60047<br><br>    Movant<br><br>v.<br><br>Odeana L. Kramer<br>6584 Hemlock Point Road<br>New Market, MD 21774<br><br>and<br><br>Jerry L. Kramer, II<br>6584 Hemlock Point Road<br>New Market, MD 21774<br><br>    Respondent(s) | Motion No. |

## **MOTION FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW, Andrews Federal Credit Union, its successors and/or assigns, movant, by its attorneys, Mark D. Meyer, Esq., and Rosenberg & Associates, LLC, and respectfully represents as follows:

1. Jurisdiction is based on 11 U.S.C. Section 362(d)-(f).

2. On or about May 4, 2023, Odeana L. Kramer and Jerry L. Kramer, II ("Debtors") filed a Voluntary Petition in the Court under Chapter 13 of the Bankruptcy Code.

3. Rebecca A. Herr is the Chapter 13 trustee of the Debtor's estate.

4. At the time of the initiation of these proceedings, the Debtors owned a parcel of fee simple real estate improved by a residence with a legal description of "BEING KNOWN AND

Mark D. Meyer
MD BAR 15070
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600 Bethesda, MD
20814 301-907-8000 File
Number: 22-001754-MD-B-8

DESIGNATED as Lot numbered 549 in the subdivision known as "EAGLEHEAD, PINEHURST, SECTION VI, PLAT 2, COURTS OF PINEHURST", as per plat thereof duly recorded among the Land Records of Frederick County, Maryland, in Plat Book 8, page 97.

The improvements thereon being known as No. 6584 Hemlock Point Road.", also known as 6584 Hemlock Point Road, New Market, MD 21774 (hereinafter "the subject property").

     5. The subject property is encumbered by a Deed of Trust securing the note, which is currently held by the movant. Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase, order, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

     6. Andrews Federal Credit Union directly or through an agent, has possession of the promissory note and held the note at the time of filing of the Movant's Motion for Relief from the Stay. The promissory note has been duly endorsed.

     7. The total amount due under the Deed of Trust securing the Movant as of July 3, 2024, not including attorney's fees and court costs, is approximately $298,891.39.

     8. The Debtors are in default under the Deed of Trust, and the Movant has accelerated the entire balance of the Note and Mortgage and interest continues to accrue.

     9. The Debtors have not made post-petition payments for the months of March 1, 2024 - July 1, 2024, and equity in the Debtor's residence is dissipating.

     10. The Movant lacks adequate protection of its interest in the subject property.

     11. The Movant has been and continues to be irreparably injured by the stay of Sections 362 of the Bankruptcy Code, which prevents the Movant from enforcing its rights under the Note and Deed of Trust.

     12. Cause exists for lifting the automatic stay imposed by Sections 362 of the Bankruptcy Code to enable the Movant to enforce its rights under its Note and Deed of Trust.

     13. The subject property is not necessary for an effective reorganization.

     WHEREFORE, the Movant, Andrews Federal Credit Union its successors and/or assigns, respectfully requests that this Honorable Court.

     1. Enter an order terminating the automatic stay imposed by Sections 362 of the Bankruptcy Code to enable it to proceed with a foreclosure sale, accept a deed in lieu or agree to a short sale of the real property and improvements located at 6584 Hemlock Point Road, New Market, MD 21774; and

2. Grant such other and further relief as may be just and necessary.

      /s/ Mark D. Meyer
Mark D. Meyer, Esq. # 15070
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of July, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Motion for Relief from the Automatic Stay will be served electronically by the Court's CM/ECF system on the following:

Rebecca A. Herr, Trustee

Eric Steiner, Esquire

I hereby further certify that on the 26th day of July, 2024, a copy of the foregoing Motion for Relief from the Automatic Stay was also mailed first class mail, postage prepaid to:

Odeana L. Kramer
6584 Hemlock Point Road
New Market, MD 21774

Jerry L. Kramer, II
6584 Hemlock Point Road
New Market, MD 21774

      /s/ Mark D. Meyer
Mark D. Meyer, Esq.