UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT

| | |
|---|---|
| IN RE<br><br>ODEANA L. KRAMER<br>JERRY L. KRAMER, II<br><br>    Debtor(s) | Chapter 13<br>Case NO. 23-13130-LSS |
| ANDREWS FEDERAL CREDIT UNION<br>1 Corporate Dr., Ste. 360<br>Lake Zurich, IL 60047<br><br>    Movant<br>v.<br><br>Odeana L. Kramer<br>6584 Hemlock Point Road<br>New Market, MD 21774<br><br>and<br><br>Jerry L. Kramer, II<br>6584 Hemlock Point Road<br>New Market, MD 21774<br><br>    Respondent(s) | Motion No. |

### **EXHIBIT A - DEBT**

**Pre Petition Arrears**

| | |
|---|---:|
| POC Arrears | $69,785.88 |
| Total: | $69,785.88 |

**Post Petition Arrears**

| | |
|---|---:|
| 5 payments of $1,489.41 for 03/01/2024 - 07/01/2024 | $7,447.05 |
| Attorney`s Fees | $1,249.00 |

Mark D. Meyer
MD BAR 15070
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600 Bethesda, MD
20814 301-907-8000 File
Number: 22-001754-MD-B-8

1

| | | |
|---|---|---|
| Suspense Balance | | $-366.46 |
| | Total: | $8,329.59 |
| **Total Pre and Post Petition Arrears:** | | **$78,115.47** |