UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT

| | |
|---|---|
| IN RE<br><br>ODEANA L. KRAMER<br>JERRY L. KRAMER, II<br><br>    Debtor(s) | Chapter 13<br>Case NO. 23-13130-LSS |
| ANDREWS FEDERAL CREDIT UNION<br>1 Corporate Dr., Ste. 360<br>Lake Zurich, IL 60047<br><br>    Movant<br>v.<br><br>Odeana L. Kramer<br>6584 Hemlock Point Road<br>New Market, MD 21774<br><br>and<br><br>Jerry L. Kramer, II<br>6584 Hemlock Point Road<br>New Market, MD 21774<br><br>    Respondent(s) | Motion No. |

Mark D. Meyer
MD BAR 15070
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600
Bethesda, MD 20814
301-907-8000
File Number:
22-001754-MD-B-8

**NOTICE OF MOTION FOR RELIEF FROM STAY AND HEARING THEREON**

   Andrews Federal Credit Union has filed papers with the court seeking relief from the automatic stay of 11 U.S.C § 362(a) to enable it proceed to foreclosure on the property known as 6584 Hemlock Point Road, New Market, MD 21774.  Your rights may be affected.  You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case.  (If you do not have a lawyer, you may wish to consult one.)

   If you do not want the court to grant the motion for relief from stay, or if you want the court to consider your views on the motion, then by August 9, 2024 you or your lawyer must file a written response with the clerk of the Bankruptcy Court explaining your position and mail a copy to:

Mark D. Meyer, Esq.
mark.meyer@rosenberg-assoc.com
Rosenberg and Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

Rebecca A. Herr, Trustee
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401

If you mail rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

   The hearing is scheduled for
**<ins>August 19, 2024 at 2:00 PM</ins>**
**<ins>at the United States Bankruptcy Court,</ins>**
**<ins>6500 Cherrywood Lane, Greenbelt, MD 20770</ins>**
**<ins>Courtroom Number Courtroom 3-D</ins>**

  IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEOFRE THE SCHEDULED HEARING DATE.

Date: July 26, 2024

            /s/ Mark D. Meyer
            Mark D. Meyer, Esq. # 15070
            Rosenberg & Associates, LLC
            4340 East West Highway, Suite 600
            Bethesda, MD 20814
            301-907-8000

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 26th day of July, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing will be served electronically by the Court's CM/ECF system on the following:

Rebecca A. Herr, Trustee

Eric Steiner, Esquire

  I hereby further certify that on the 26th day of July, 2024, a copy of the foregoing was also mailed first class mail, postage prepaid to:

Odeana L. Kramer
6584 Hemlock Point Road
New Market, MD 21774

Jerry L. Kramer, II
6584 Hemlock Point Road
New Market, MD 21774

              /s/ Mark D. Meyer
              Mark D. Meyer, Esq. # 15070