| Name: | *Kramer* | | | | | Date: 7/3/2024 |
|---|---|---|---|---|---|---|
| Loan # ▇▇▇▇▇▇ | | | | Filed Bankruptcy 05/04/23 | | Time: 11:28 |

| Date Posted to Account | Amount Paid | Post-Petition Due Date (Applied To) | Post-Petition Amount Due | Suspense Funds (+/-) | Suspense Balance | Comments |
|---|---|---|---|---|---|---|
| | | | | | $0.00 | |
| 06/02/23 | $ 1,449.04 | 06/01/23 | $1,449.04 | $ - | $ - | First pp pmt @: $1,449.04 6/1/2023 |
| 07/11/23 | $ 1,449.04 | 07/01/23 | $1,449.04 | $ - | $ - | |
| 08/08/23 | $ 700.00 | | | $ 700.00 | $ 700.00 | |
| 08/23/23 | $ 230.00 | | | $ 230.00 | $ 930.00 | |
| 09/05/23 | $ 880.00 | 08/01/23 | $1,449.04 | $ (569.04) | $ 360.96 | |
| 10/16/23 | $ 1,000.00 | | | $ 1,000.00 | $ 1,360.96 | |
| 10/30/23 | $ 690.68 | 09/01/23 | $1,449.04 | $ (758.36) | $ 602.60 | |
| 12/12/23 | $ 700.00 | | | $ 700.00 | $ 1,302.60 | |
| 01/11/24 | $ 859.40 | 10/01/23 | $1,449.04 | $ (589.64) | $ 712.96 | |
| 03/01/24 | $ 1,449.04 | 11/01/23 | $1,449.04 | $ - | $ 712.96 | |
| 03/29/24 | $ 1,690.68 | 12/01/23 | $1,449.04 | $ 241.64 | $ 954.60 | |
| 05/10/24 | $ 1,690.68 | 01/01/24 | $1,489.41 | $ 201.27 | $ 1,155.87 | Pmt Change @: $1,489.41 1/1/2024 |
| 06/25/24 | $ 700.00 | 02/01/24 | $1,489.41 | $ (789.41) | $ 366.46 | |
| | | | | $ - | $ 366.46 | |
| | | | | | | |
| | | 03/01/24 | $1,489.41 | | | PP Due for: 3/1/2024 |
| | | 04/01/24 | $1,489.41 | | | |
| | | 05/01/24 | $1,489.41 | | | |
| | | 06/01/24 | $1,489.41 | | | |
| | | 07/01/24 | $1,489.41 | | | |
| | | Totals: | $7,447.05 | | | PP Delinquency: $7,447.05 |
| | | | | | | Less Suspense: $366.46 |
| | | | | | | Total needed to cure delinquency: $7,080.59 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |