Frederick County Circuit Court
IMP FD SURE      $40.00
RECORDING FEE    $20.00

TOTAL            $60.00
SKD  EM
Sep 27, 2022     12:42 pm

**Prepared by and Return to:**
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

## ASSIGNMENT OF DEED OF TRUST

KNOW ALL MEN BY THESE PRESENTS that, **Mortgage Electronic Registration Systems, Inc., as beneficiary, as nominee for Homeside Financial, LLC its successors and assigns**, located at P.O. Box 2026, Flint, MI 48501-2026 does hereby grant, assign, and transfer over unto, **Andrews Federal Credit Union** located at 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945, its successors and assigns, a certain Deed of Trust dated August 13, 2015 executed and delivered by **Odeana L. KRAMER** and Jerry L. KRAMER to **MICHAEL BAYNES** as Trustee(s) in the amount of **Two Hundred Thirty-Eight Thousand Four Hundred and 00/100 ($238,400.00)** and recorded October 7, 2015 in **Liber 10793 Folio 190** among the Land Records of the Circuit Court for Frederick County, Maryland.

**Property Address**: 6584 Hemlock Point Road, New Market, MD 21774

Executed this __15th__ day of __September__, 2022.

Mortgage Electronic Registration Systems, Inc., as beneficiary, as nominee for Homeside Financial, LLC its successors and assigns

_____
Name: Malee Schmitt
Title: Vice President

STATE OF __Maryland__
COUNTY OF __Prince Georges__

Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

FILE NUMBER
22-001754-MD-F-1

PROJECT NAME:
Kramer, Odeana L.

PROPERTY ADDRESS
6584 Hemlock Point Road

On this __15th__ day of __September__, 2022, before me the undersigned, personally appeared __Malee Schmitt__, known to me to be the person who executed the within instrument as the __Vice President__ of Mortgage Electronic Registration Systems, Inc., as beneficiary, as nominee for Homeside Financial, LLC, its successors and assigns, the Corporation that executed within instrument and acknowledged to me that the Corporation executed the within instrument pursuant to its by-laws or resolution of its board of directors.

Witness my hand and official Seal:

_____
Notary Public
My Commission Expires: February 22, 2025

```
JAMES B ALDREDGE JR
Notary Public-Maryland
Prince George's County
My Commission Expires
February 22, 2025
```

Assignment - 6584 Hemlock Point Road, New Market, MD 21774

# State of Maryland Land Instrument Intake Sheet

☐ Baltimore City    ☑ County: Frederick

*Information provided is for the use of the Clerk's Office, State Department of Assessments and Taxation, and County Finance Office Only.*
*(Type or Print in Black Ink Only—All Copies Must Be Legible)*

**1. Type(s) of Instruments** ( ☐ Check Box if addendum Intake Form is Attached.)
- ☐ Deed
- ☐ Deed of Trust
- ☐ Mortgage
- ☐ Lease
- ☐ Other _____
- ☒ Other AOM

**2. Conveyance Type** (Check Box)
- ☐ Improved Sale Arms-Length [1]
- ☐ Unimproved Sale Arms-Length [2]
- ☐ Multiple Accounts Arms-Length [3]
- ☐ Not an Arms-Length Sale [9]

**3. Tax Exemptions** (if applicable) Cite or Explain Authority
- Recordation:
- State Transfer:
- County Transfer:

**4. Consideration and Tax Calculations**

| Consideration Amount | | Finance Office Use Only — Transfer and Recordation Tax Consideration | |
|---|---|---|---|
| Purchase Price/Consideration | $ | Transfer Tax Consideration | $ |
| Any New Mortgage | $ | X (   ) % = | $ |
| Balance of Existing Mortgage | $ | Less Exemption Amount − | $ |
| Other: | $ | Total Transfer Tax = | $ |
| Other: | $ | Recordation Tax Consideration | $ |
| | | X (   ) per $500 = | $ |
| Full Cash Value: | $ | TOTAL DUE | $ |

**5. Fees**

| Amount of Fees | Doc. 1 | Doc. 2 | |
|---|---|---|---|
| Recording Charge | $ 20.00 | $ | Agent: |
| Surcharge | $ 40.00 | $ | Tax Bill: |
| State Recordation Tax | $ | $ | |
| State Transfer Tax | $ | $ | C.B. Credit: |
| County Transfer Tax | $ | $ | |
| Other | $ | $ | Ag. Tax/Other: |
| Other | $ | $ | |

**6. Description of Property** — SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i).

| District | Property Tax ID No. (1) | Grantor Liber/Folio | Map | Parcel No. | Var. LOG |
|---|---|---|---|---|---|
| 27 | | 0793/00183 | 079B | 0212 | (5) |

| Subdivision Name | Lot (3a) | Block (3b) | Sect/AR (3c) | Plat Ref. | SqFt/Acreage (4) |
|---|---|---|---|---|---|
| | 549 | | | | |

Location/Address of Property Being Conveyed (2): 

Other Property Identifiers (if applicable):     Water Meter Account No.:

Residential ☑ or Non-Residential ☐    Fee Simple ☑ or Ground Rent ☐    Amount:
Partial Conveyance? ☐ Yes ☐ No    Description/Amt. of SqFt/Acreage Transferred:
If Partial Conveyance, List Improvements Conveyed:

**7. Transferred From**

| Doc. 1 – Grantor(s) Name(s) | Doc. 2 – Grantor(s) Name(s) |
|---|---|
| Mortgagae Electronic Registration Systems Inc. | Odeana L. Kramer |
| Homeside Financial, LLC | Jerry L. Kramer |

Doc. 1 – Owner(s) of Record, if Different from Grantor(s) | Doc. 2 – Owner(s) of Record, if Different from Grantor(s)

**8. Transferred To**

| Doc. 1 – Grantee(s) Name(s) | Doc. 2 – Grantee(s) Name(s) |
|---|---|
| Andrews Federal Credit Union | |

New Owner's (Grantee) Mailing Address:

**9. Other Names to Be Indexed**

| Doc. 1 – Additional Names to be Indexed (Optional) | Doc. 2 – Additional Names to be Indexed (Optional) |
|---|---|
| | |

**10. Contact/Mail Information**

Instrument Submitted By or Contact Person
- Name: Melissa Womack
- Firm: Rosenberg & Associates, LLC
- Address: 4340 East West Highway Suite 600
- Bethesda, MD 20814    Phone: (301) 907-8000

☐ Return to Contact Person
☐ Hold for Pickup
☑ Return Address Provided

**11. IMPORTANT: *BOTH THE ORIGINAL DEED AND A PHOTOCOPY MUST ACCOMPANY EACH TRANSFER***

Assessment Information:
- ☐ Yes ☐ No  Will the property being conveyed be the grantee's principal residence?
- ☐ Yes ☐ No  Does transfer include personal property? If yes, identify:
- ☐ Yes ☐ No  Was property surveyed? If yes, attach copy of survey (if recorded, no copy required).

**Assessment Use Only – Do Not Write Below This Line**

Terminal Verification | Agricultural Verification | Whole | Part | Tran. Process Verification
Transfer Number | Date Received: | Deed Reference: | Assigned Property No.:

| Year | 20 | 20 | Geo. | Map | Sub | Block |
|---|---|---|---|---|---|---|
| Land | | | Zoning | Grid | Plat | Lot |
| Buildings | | | Use | Parcel | Section | Occ. Cd. |
| Total | | | Town Cd. | Ex. St. | Ex. Cd. | |

REMARKS:

Distribution:  White – Clerk's Office    Canary – SDAT    AOC-CC-300 (5/2007)
Pink – Office of Finance    Goldenrod – Preparer